# United States District Court

DISTRICT OF MASSACHUSETTS

Douglas Davis

v.

Woods Hole-Martha's Vineyard-Nantucket Steamship Authority

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 / 10894 MEL

TO: (Name and Address of Defendant)

Woods Hole Steamship Authority
1 Railroad Avenue
Woods Hole, MA 02543

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Brian S. McCormick, Esq.
Orlando & Associates
One Western Avenue
Gloucester, MA 01930

an answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE: MAY 05 2004

MAY 1 0 2004

AO 440 (Rev. 5/85)

**Barnstable County Sheriff's Office**

I hereby certify and return that on **August 16, 2004 at 1:30 PM** I served a true and attested copy of Summons & Complaint, in hand to Steve Sayers, agent able to accept civil process for the within named Defendant, Woods Hole, Martha's Vineyard & Nantucket Steamship Authority, at the last and usual business address to wit: c/o Fred Raskin, President, 1 Railroad Avenue, Woods Hole, MA 02543.

Fee:    $54.30

William J. Dalton, Deputy Sheriff
PO Box 823, Forestdale, MA 02644

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

*Plaintiff's Complaint and Jury Trial Demand*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.