UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10894-MEL

DOUGLAS DAVIS
                    Plaintiff,

VS.

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY
                    Defendant.

### CERTIFICATION PURSUANT TO LOCAL RULE '16.1

The undersigned hereby certify that they have

conferred with regards to establishing a budget for costs

of conducting this litigation and the possible use of

Alternative Dispute Resolution programs and procedures.


WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY                                     CLINTON & MUZYKA, P.C.


Robert Wheeler                                Thomas J. Muzyka
Claims Manager                                BBO NO. 365540
International Marine                           One Washington Mall
Underwriters, Inc.                            Suite 1400
One Beacon Street                             Boston, MA 02108
Boston, MA 02108                              (617)723-9165


Dated: October 15, 2004