UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10894-MEL

DOUGLAS DAVIS
    Plaintiff,

VS.

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY
    Defendant.

## JOINT SCHEDULING STATEMENT

Now come the parties, in the above captioned action, by and through their undersigned counsel, after conferencing pursuant to Local Rule 16.1(B) of the United States District Court, District of Massachusetts, hereby file this proposed Joint Scheduling Statement.

**I.   DISCOVERY**

The parties propose the following discovery plan:

A.   All discovery and factual depositions to be completed by June 21, 2005.

B.   Plaintiff's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before July 21, 2005.

C.   Defendant's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before August 21, 2005.

    D.    All expert depositions to be completed by October 21, 2005.

    E.    Final Pretrial Conference to be scheduled after December 21, 2005.

## II. MOTION SCHEDULE

In addition to the above, the parties propose the following motion schedule.

    A.    Motions to amend the pleadings, to add parties or to set forth additional claims to be filed on or before November 30, 2004.

    B.    Dispositive Motions to be filed by November 30, 2005 with Oppositions filed within twenty-one (21) days as set forth in the Local Rules of this Court.

## III. CERTIFICATION

The parties report that they have conferred with their clients pursuant to Local Rule 16.1(D)(3) and will independently file their Certificates of Compliance.

## IV. TRIAL BY MAGISTRATE JUDGE

The parties do not consent to trial by Magistrate Judge.

## V. SETTLEMENT

The plaintiff has tendered an oral settlement demand to the defendant.

**WHEREFORE**, the parties pray that this Honorable Court approve the above proposed schedule.

3

Respectfully Submitted,

| | |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| **Orlando & Associates** | **CLINTON & MUZYKA, P.C.,** |
| | |
| "/s/ Brian S. McCormick" | "/s/ Thomas J. Muzyka" |
| **Brian S. McCormick** | **Thomas J. Muzyka** |
| **BBO No. 550533** | **BBO NO. 365540** |
| One Western Avenue | **Terence G. Kenneally** |
| Gloucester, MA 01930 | **BBO NO. 642124** |
| 978-283-8100 | One Washington Mall |
| | Suite 1400 |
| | Boston, MA 02108 |
| | 617-723-9165 |

Dated: October 18, 2004