**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Douglas Davis
      Plaintiff

    V.

MARTHA'S VINEYARD WOODS HOLE
      Defendant

CIVIL ACTION

NO.  04-10894-MEL

**SETTLEMENT ORDER OF DISMISSAL**

**LASKER, S.D.J.**

    The Court having been advised on  October 20, 2004  that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                              By the Court,

 October 21, 2004                                 /s/George H. Howarth
     Date                                                   Deputy Clerk