UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

***********************************

Douglas Davis,
        Plaintiff

v.

Woods Hole-Martha's Vineyard-
Nantucket Steamship Authority,
        Defendant

***********************************

CIVIL ACTION
NO.: 04-10894MEL

### STIPULATION OF DISMISSAL

All the parties to the above-entitled action, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate that this case be dismissed, with prejudice and without costs.

Plaintiff,
By his attorney,

BRIAN S. MCCORMICK, ESQ.
BBO #550533
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
Tel: (978) 283-8100

Defendant,
By its attorney,

Terrance G. Kenneally
BBO #642124
Clinton & Muzyka
One Washington Mall
Suite 1400
Boston, MA 02108
Tel: (617) 723-9165

Date: December 28, 2004